

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-97,142-01

## EX PARTE TYLER SMITH, Applicant

## ON APPLICATION FOR A WRIT OF HABEAS CORPUS
## CAUSE NO. W2018960-A IN THE
## CRIMINAL DISTRICT COURT NUMBER 7
## DALLAS COUNTY

*Per curiam.* FINLEY, J., filed a concurring opinion in which YEARY, J., joined.

### O P I N I O N

Applicant was convicted of failure to register as a sex offender and sentenced to six months' imprisonment. Applicant did not file a direct appeal. Applicant filed this application for a writ of habeas corpus in the county of conviction, and the district clerk forwarded it to this Court. *See* TEX. CODE CRIM. PROC. art. 11.07.

Applicant contends that he is actually innocent and that his guilty plea was

not knowingly and voluntarily entered. Due to being erroneously added to the Sex Offender Registry, all of the parties at the time of his plea incorrectly believed that Applicant was required to register for a juvenile offense when he had successfully completed his community supervision. The errors in the record were not corrected until 2022. Based on the record, the trial court has determined that Applicant has established by clear and convincing evidence that he is actually innocent, and that his guilty plea was not knowingly and voluntarily entered.

We agree. Relief is granted. *Ex parte Elizondo*, 947 S.W.2d 202 (Tex. Crim. App. 1996); *Ex parte Tuley*, 109 S.W.3d 388 (Tex. Crim. App. 2002). The judgment in cause number F-2018960-Y in the Criminal District Court Number 7 of Dallas County is set aside, and Applicant is remanded to the custody of the Sheriff of Dallas County to answer the charges as set out in the indictment. The trial court shall issue any necessary bench warrant within ten days from the date of this Court's mandate.

Copies of this opinion shall be sent to the Texas Department of Criminal Justice–Correctional Institutions Division and the Board of Pardons and Paroles.

Delivered: March 5, 2026
Do not publish